RICHARD B. NEWMAN, Cal Bar No. 195191
rnewman@hinchnewman.com
HINCH NEWMAN LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone:   212.756-8777
Facsimile:   866.449.4897

Attorneys for Defendant and Counter-Claimant
CLICKBOOTH.COM, LLC

Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:   (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff and Counter-Defendant
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CLICKBOOTH.COM, LLC, a Florida Limited Liability Company,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 13-01886 JVS (DFMx)<br><br>**STIPULATION FOR LEAVE TO FILE AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

WHEREAS, Defendant and Counter-Claimant CLICKBOOTH.COM, LLC desires to file an Amended Answer, Affirmative Defenses and Counterclaims, in the form lodged separately herewith; and

WHEREAS, Plaintiff and Counter-Defendant ESSOCIATE, INC. agrees to the filing of CLICKBOOTH.COM, LLC's Amended Answer, Affirmative Defenses and Counterclaims, while reserving the right to file a motion to dismiss, a motion to strike, or similar motion regarding the Counterclaims.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, this Honorable Court consenting, as follows:

CLICKBOOTH.COM, LLC is granted leave to file the Amended Answer, Affirmative Defenses and Counterclaims lodged separately herewith; and

CLICKBOOTH.COM, LLC's Amended Answer, Affirmative Defenses and Counterclaims lodged separately herewith shall be deemed filed and served upon ESSOCIATE, INC. on the date of the Court's order approving this Stipulation.

Dated:  June 30, 2014        NEWMAN DU WORS LLP

By      */s/ Derek A. Newman*
        DEREK A. NEWMAN
        Attorneys for Plaintiff and Counter-Defendant
        ESSOCIATE, INC.

Dated:  June 30, 2014        HINCH NEWMAN LLP

By      */s/ Richard B. Newman*
        RICHARD B. NEWMAN
        Attorneys for Defendant and Counter-Claimant
        CLICKBOOTH.COM, LLC