RICHARD B. NEWMAN, Cal. Bar No. 195191
rnewman@hinchnewman.com
HINCH NEWMAN LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone:  (212) 756-8777
Facsimile:   (866) 449-4897

DARREN M. FRANKLIN, Cal. Bar No. 210939
dfranklin@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  (213) 620-1780
Facsimile:   (213) 620-1398

Attorneys for Defendant and Counter-Claimant
CLICKBOOTH.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>CLICKBOOTH.COM, LLC,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 13-01886 JVS (DFMx)<br><br>**DEFENDANT CLICKBOOTH.COM, LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON PATENT INELIGIBILITY UNDER 35 U.S.C. § 101**<br><br>Date:         February 2, 2015<br>Time:         1:30 PM<br>Courtroom: 10C<br>Judge:        Hon. James V. Selna |

SMRH:435906829.1   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CLICKBOOTH.COM, LLC'S
MOTION FOR JUDGMENT ON THE PLEADINGS BASED UPON UNPATENTABILITY UNDER 35 U.S.C. § 101

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 2, 2015, at 1:30 p.m., or as soon thereafter as counsel may be heard, at the United States District Court for the Central District of California, before the Honorable James V. Selna, Defendant Clickbooth.com, LLC ("Clickbooth") will and hereby does move the Court for judgment on the pleadings that the asserted claims of the patent-in-suit (U.S. Patent No. 6,804,660) are invalid for failing to recite patent-eligible subject matter under 35 U.S.C. § 101.

The motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Darren M. Franklin in Support of Clickbooth's Motion for Judgment on the Pleadings, Clickbooth's Request for Judicial Notice in Support of Motion for Judgment on the Pleadings, the pleadings on file in this case, argument that the Court may consider, and any other matters that the Court deems appropriate at the hearing.

This motion is filed following a conference of counsel pursuant to L-R 7-3 which occurred on October 10, 2014.

Dated: January 5, 2015

                              Hinch Newman LLP

                By     */s/ Richard B. Newman*
                              Richard B. Newman

                        Attorneys for Defendant and Counter-Claimant
                        CLICKBOOTH.COM, LLC