RICHARD B. NEWMAN, Cal. Bar No. 195191
rnewman@hinchnewman.com
HINCH NEWMAN LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: (212) 756-8777
Facsimile: (866) 449-4897

DARREN M. FRANKLIN, Cal. Bar No. 210939
dfranklin@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendant and Counter-Claimant
CLICKBOOTH.COM, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLICKBOOTH.COM, LLC, a Florida Limited Liability Company,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 13-01886 JVS (DFMx)<br><br>**ORDER GRANTING DEFENDANT CLICKBOOTH.COM, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS BASED UPON PATENT INELIGIBILITY UNDER 35 U.S.C. § 101**<br><br>Honorable James V. Selna<br><br><u>Hearing</u><br>Date: February 10, 2015<br>Time: 11:00 a.m.<br>Courtroom: 10C |

1  Defendant Clickbooth.com, LLC's Motion for Judgment on the
2  Pleadings Based upon Patent Ineligibility Under 35 U.S.C. § 101 ("Motion") was
3  heard before this Court on February 10, 2015 at 11:00 a.m., the Honorable James V.
4  Selna presiding.

5  Having considered the Motion, all supporting and opposing papers, and
6  oral arguments raised at the hearing,

7  THE COURT ORDERS AS FOLLOWS:

8  The Motion is granted without leave to amend.  The complaint in this
9  matter asserts claims based upon only U.S. Patent No. 6,804,660 ("the '660 patent").
10 All asserted claims of the '660 patent are invalid under 35 U.S.C. § 101 for failure to
11 claim patent-eligible subject matter.

14 DATED:  February 11, 2015  _____
                                THE HONORABLE JAMES V. SELNA
15                              UNITED STATES DISTRICT JUDGE

17 Submitted by:
18 HINCH NEWMAN LLP

20 By  */s/ Richard B. Newman*
        RICHARD B. NEWMAN
21
    Attorneys for Defendant and Counter-Claimant
22         CLICKBOOTH.COM. LLC