Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESSOCIATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLICKBOOTH.COM, LLC, a Florida Limited Liability Company. <br><br> Defendant. | No.: SACV13-01886 JVS (DFMx) <br><br> **NOTICE OF APPEAL BY PLAINTIFF ESSOCIATE, INC.** |

Notice is hereby given that Plaintiff Essociate, Inc. in the above named case hereby appeals to the United States District Court of Appeals for the Federal Circuit from the Order Granting Defendant's Motion for Judgment on the Pleadings as to Patent Ineligibility (Dkt. 51) entered in this action on February 11, 2015 and from the Order Granting Defendant Clickbooth.com, LLC's Motion for Judgment on the Pleadings Based on Patent Ineligibility Under 35 U.S.C. § 101 (Dkt. 52) entered in this action on February 11, 2015.

Dated: February 11, 2015

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*

Attorneys for Plaintiff
Essociate, Inc.